UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KRISTOPHER PEDERSEN** | **CASE NO. 3:22-CV-05429** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM FIRE & CASUALTY CO. ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion to remand [Doc. No. 12] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants Margaret Sullivan and Peggy Sullivan Insurance are **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 24th day of January 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT